1   HEATHER E. WILLIAMS, Bar #122664
Federal Defender

2   DAVID M. PORTER, Bar #127024
Assistant Federal Defender

3   Counsel Designated for Service
801 I Street, 3rd Floor

4   Sacramento, California 95814
Telephone: (916) 498-5700

5

6   Attorneys for Defendant
JESUS ARREDONDO OTAÑEZ

7

8                   UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,      No.  Cr. F 08-135 LJO

12             Plaintiff,        **STIPULATED MOTION AND ORDER TO
REDUCE SENTENCE PURSUANT TO 18**

13          v.                **U.S.C. § 3582(c)(2)**

14   JESUS ARREDONDO OTAÑEZ,     RETROACTIVE DRUGS-MINUS-TWO
REDUCTION CASE

15             Defendant.

16                        Judge:  Honorable LAWRENCE J. O'NEILL

17       Defendant, JESUS ARREDONDO OTAÑEZ, by and through his attorney, Assistant

18   Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and

19   through its counsel, Assistant U.S. Attorney Kathleen A. Servatius, hereby stipulate as follows:

20       1.      Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of

21   imprisonment in the case of a defendant who has been sentenced to a term of imprisonment

22   based on a sentencing range that has subsequently been lowered by the Sentencing Commission

23   pursuant to 28 U.S.C. § 994(o);

24       2.      On November 7, 2008, this Court sentenced Mr. Otañez to a term of 106 months

25   imprisonment, comprised of a term of 60 months on Count 2 (a violation of 18 U.S.C. § 924(c))

26   and 46 months on Count 4 (a violation of 21 U.S.C. § 841(a)(1)), to be served consecutively;

27       3.      His total offense level as to Count 4 was 21, his criminal history category was III,

28   and the resulting guideline range was 46 to 57 months;

4.     The sentencing range applicable to Mr. Otañez was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5.     Mr. Otañez' total offense level as to Count 4 has been reduced from 21 to 19, and his amended guideline range is 37 to 46 months; and,

6.     Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Otañez' term of imprisonment to a total term of 97 months, comprised of 60 months on Count 2 and 37 months on Count 4, to be served consecutively, effective November 1, 2015.

Respectfully submitted,

Dated:  June 4, 2015                          Dated:  June 4, 2015

BENJAMIN B. WAGNER                    HEATHER E. WILLIAMS
United States Attorney                      Federal Defender


 /s/ Kathleen A. Servatius                   /s/ David M. Porter
KATHLEEN A. SERVATIUS              DAVID M. PORTER
Assistant U.S. Attorney                     Assistant Federal Defender

Attorney for Plaintiff                        Attorney for Defendant
UNITED STATES OF AMERICA        JESUS ARREDONDO OTAÑEZ

## ORDER

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Otañez is entitled to the benefit Amendment 782, which reduces the total offense level from 21 to 19, resulting in an amended guideline range of 37 to 46 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in November 2008 is reduced to an aggregate term of 97 months comprised of 60 months on Count 2 and 37 months on Count 4, to be served consecutively, effective as of November 1, 2015.  If this sentence is less than the amount of time the defendant has already served as of November 1, 2015, the sentence is reduced to a time served sentence.  In no event is this Order to be understood as authorizing

1  release prior to November 1, 2015 or authorizing a term of imprisonment less than the term

2  actually served on November 1, 2015.

3      IT IS FURTHER ORDERED that all other terms and provisions of the original judgment

4  remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above

5  reduction in sentence, and shall serve certified copies of the amended judgment on the United

6  States Bureau of Prisons and the United States Probation Office.

7      Unless otherwise ordered, Mr. Otañez shall report to the United States Probation Office

8  within seventy-two hours after his release.

9

10  IT IS SO ORDERED.

11  Dated:   **June 4, 2015**                  **/s/ Lawrence J. O'Neill**
                                              UNITED STATES DISTRICT JUDGE