AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)  Page 1 of 2 (Page 2 Not for Public Disclosure)

Case 1:08-cr-00135-LJO   Document 20   Filed 06/26/15   Page 1 of 2

# UNITED STATES DISTRICT COURT

for the

Eastern District of California

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| JESUS ARREDONDO OTANEZ | ) | Case No: 1:08-CR-00135-001 LJO |
| | ) | USM No: 63925-097 |
| Date of Original Judgment: 11/20/2008 | ) | |
| Date of Previous Amended Judgment: | ) | David Porter |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  106 months  months **is reduced to** 60 months as to Count 2; 37 months as to Count 4 for a total of 97 months

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  11/20/2008  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  6/26/2015

/s/ Lawrence J. O'Neill
*Judge's signature*

Effective Date:  11/01/2015
*(if different from order date)*

Honorable Lawrence J. O'Neill
*Printed name and title*

**This page contains information that should not be filed in court unless under seal.**
*(Not for Public Disclosure)*

DEFENDANT: JESUS ARREDONDO OTANEZ
CASE NUMBER: 1:08-CR-00135-001 LJO
DISTRICT: Eastern District of California

## I. COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*

Previous Total Offense Level: 21  Amended Total Offense Level: 19
Criminal History Category: III  Criminal History Category: III
Previous Guideline Range: 46 to 57 months  Amended Guideline Range: 37 to 46 months

## II. SENTENCE RELATIVE TO THE AMENDED GUIDELINE RANGE

☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a substantial assistance departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ The reduced sentence is above the amended guideline range.

## III. ADDITIONAL COMMENTS